The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLYMPIC FOREST COALITION,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>    Federal Defendants. | No. 3:22-cv-05549JLR<br><br>**ORDER GRANTING JOINT MOTION FOR 30-DAY STAY OF PROCEEDINGS** |

Having considered the parties' Joint Motion for 30-Day Stay of Proceedings, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Federal Defendants' responsive pleading and administrative record shall be due on November 7, 2022.

Dated this 4th day of October, 2022.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

- 1 -