IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC FOREST COALITION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | No. 3:22-cv-05549JLR<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS** |

Having considered the parties' Joint Motion for Stay of Proceedings, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The case shall be stayed until March 24, 2024, or completion of consultation under Section 7 of the Endangered Species Act, whichever occurs sooner. Upon expiration of the stay, the Parties shall file a joint report within three (3) weeks as to the status of the litigation.

Dated this 7th day of November, 2022.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

- 1 -